FILED
2006 Apr-21  PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

MISTY R. (ESTES) WEAVER,      }
                              }
     Plaintiff,               }
                              }    CIVIL ACTION NO.
v.                            }    06-AR-0464-S
                              }
THE KENT CORPORATION,         }
                              }
     Defendant.               }
```

**MEMORANDUM OPINION**

This court DEEMS the arbitration agreement dated April 20, 2001, and attached as Exhibit "E" to defendant's submission filed on April 20, 2006, to be an amendment to defendant's motion to dismiss or in the alternative to stay the proceedings pending arbitration, filed on April 11, 2006. As thus amended, the court finds that defendant's motion is well taken and that the arbitration agreement of April 20, 2001, is binding on plaintiff.

A separate appropriate order will be entered.

DONE this 21st day of April, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE